**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-01430-WJM-KMT

SCOTT JANKOVIC,

      Plaintiff,

v.

EXELIS, INC., f/k/a ITT SYSTEMS CORPORATION

      Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION WITHDRAWING LAWSUIT**

---

      This matter comes before the Court on Plaintiff's Motion Withdrawing Lawsuit filed March 19, 2013 (ECF. No. 51).  The Court construes said motion as a Motion to Dismiss pursuant to Fed.R.Civ.P. 41(a)(2).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

      The Plaintiff's Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITHOUT PREJUDICE.  Each party shall bear its own attorney's fees and costs.

      Dated this 19th day of March, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge