**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-01430-WJM-KMT

SCOTT JANKOVIC,

     Plaintiff,

v.

EXELIS, INC., f/k/a ITT SYSTEMS CORPORATION

     Defendant.

---

**AMENDED ORDER GRANTING DISMISSAL WITH PREJUDICE**

---

This matter comes before the Court on Defendants' Unopposed Motion to Amend Order Granting Dismissal filed March 25, 2013 (ECF. No. 53).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Court's Order dated March 19, 2013 (ECF No. 52) is hereby AMENDED to reflect that this action is DISMISSED WITH PREJUDICE.  Each party shall bear his or its own attorney's fees and costs.

Dated this 19th day of April, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge